UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | Cr. No. 10-cr-113-01-JL |
| ] | |
| BROOKE E. REYNA ] | |

### MOTION TO WITHDRAW DUE TO CONFLICT OF INTEREST

Jeffrey S. Levin, attorney for defendant, comes now and moves the Court to allow him to withdraw from representation, due to a conflict of interest, and to appoint new counsel to represent the defendant as soon as practicable. Grounds follow.

Counsel has identified a conflict of interest which prevents him from continuing to represent the defendant in accordance with his professional obligations under the New Hampshire Rules of Professional Conduct. Counsel seeks leave to withdraw and asks that the Court assign other counsel to represent the defendant in his stead.

Government's counsel does not assent to counsel's withdrawal. No separate memorandum of law is attached as all arguments are contained herein.

Wherefore, defense counsel respectfully requests that he be permitted to withdraw as counsel, that new counsel be assigned to represent the defendant as soon as practicable, and for such other relief as may be deemed just and equitable.

Respectfully submitted,

/s/Jeffrey S. Levin
Jeffrey S. Levin (NHBA # 12901)
Assistant Federal Defender
22 Bridge Street, 3rd floor
Concord, NH 03301
(603) 226-7360
Jeff_Levin@fd.org

**Certificate of Service**

     I, Jeffrey S. Levin, hereby certify that on October 6, 2010, a true copy of the above document was caused to be served to the office of AUSA Timothy J. Kelly, Trial Attorney, Public Integrity Section, Criminal Division, United States Department of Justice, by electronic filing method (CM/ECF).

                                        /s/Jeffrey S. Levin
                                        Jeffrey S. Levin