UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | 10–CR-113 (JL) |
| BROOKE E. REYNA, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S RESPONSE TO COUNSEL'S
## MOTION TO WITHDRAW DUE TO CONFLICT OF INTEREST

The United States, by and through its undersigned counsel, is unable to take a position on the motion to withdraw filed by defense counsel because counsel is not at liberty to discuss the factual basis for the motion with the Government. In the interest of resolving this matter as quickly as possible, should the Court find it appropriate, the Government does not object to the Court's resolving the motion after receiving any under seal, ex parte representation concerning its basis that defense counsel may submit to it, and, if warranted, assigning new counsel to the defendant, all without hearing further from the Government.

Respectfully submitted,

Dated: October 8, 2010

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW, 12th Floor
Washington, DC 20005
Tel.: 202-514-1412
timothy.kelly@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 8th day of October 2010, I caused a copy of the foregoing to be filed by Electronic Case Filing (ECF) with the U.S. District Court for the District of New Hampshire.  This system caused an electronic notification and link to be sent to Jeffrey S. Levin, Assistant Federal Defender, 22 Bridge Street, 3rd Floor, Concord, NH 03301.

      By:    /s/ Timothy J. Kelly
                 TIMOTHY J. KELLY
                 Trial Attorney